1  KAREN P. HEWITT
   United States Attorney
2  FRED SHEPPARD
   Assistant United States Attorney
3  California State Bar No. 250781
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7176
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

8
                    UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,      )    Magistrate Case No. 08MJ1439
11                                )
                 Plaintiff,       )
12                                )    **STIPULATION OF FACT AND JOINT**
          v.                      )    **MOTION FOR RELEASE OF**
13                                )    **MATERIAL WITNESS(ES) AND**
   RAMON DANIEL QUINTEROS,        )    **ORDER THEREON**
14                                )
                 Defendant.       )
15  _____)

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Fred

18  Sheppard, Assistant United States Attorney, and defendant RAMON DANIEL QUINTEROS, by and

19  through and with the advice and consent of defense counsel, Kay Sunday, Esq., that:

20      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs.

25  1324(a)(1)(A)(iii) and (v)(II) (Felony)

26  //

27  //

28  //

1      2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4      3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **June 5, 2008**.

6      4.    The material witnesses, Luis Sanchez-Campos, Noemi Lopez-Medina and Enrique

7 Moreno-Ruiz, in this case:

8           a.    Are aliens with no lawful right to enter or remain in the United States;

9           b.    Entered or attempted to enter the United States illegally on or about May 3,

10 2008;

11           c.    Were found in a house which defendant was a caretaker and that defendant

12 knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or

13 remain in the United States;

14           d.    Were paying $4,500, $5,000 and $3,500, respectively, to others to be brought

15 into the United States illegally and/or transported illegally to their destination therein; and,

16           e.    May be released and remanded immediately to the Department of Homeland

17 Security for return to their country of origin.

18      5.    After the material witnesses are ordered released by the Court pursuant to this

19 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20 reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any

21 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

22 attack, that:

23           a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

24 substantive evidence;

25           b.    The United States may elicit hearsay testimony from arresting agents

26 regarding any statements made by the material witness(es) provided in discovery, and such testimony

27 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ramon Daniel Quinteros       2              08MJ1439

1    of (an) unavailable witness(es); and,

2            c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5    waives the right to confront and cross-examine the material witness(es) in this case.

6        6.    By signing this stipulation and joint motion, defendant certifies that defendant has

7    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

8    further that defendant has discussed the terms of this stipulation and joint motion with defense

9    counsel and fully understands its meaning and effect.

10        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11    immediate release and remand of the above-named material witness(es) to the Department of

12    Homeland Security for return to their country of origin.

13        It is STIPULATED AND AGREED this date.

14                            Respectfully submitted,

15                            KAREN P. HEWITT
                              United States Attorney
16

17    Dated: __6/3/08__.

18                            FRED SHEPPARD
                              Assistant United States Attorney
19

20    Dated: __5-29-08__.

                              KAY SUNDAY
                              Defense Counsel for Crystal Macias
21

22    Dated: __5/29/08__  .

23                            RAMON DANIEL QUINTEROS
                              Defendant
24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Ramon Daniel Quinteros        3                          08MJ1439

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: ___6/3/08___.

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ramon Daniel Quinteros

4

08MJ1439